UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RONALD BUZZARD, JR., | ) | CASE NO. C06-1653-JLR-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER RE: MOTION TO CLARIFY |
| | ) | AND MOTION TO EXTEND FILING |
| DARREN SWENSON, | ) | DEADLINE |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Respondent filed a Motion to Clarify (Dkt. 10) and a Motion for Extension of Time to File Answer to Petition for Habeas Corpus (Dkt. 11). Petitioner did not submit a response to either motion. Having considered respondent's unopposed motions, the Court hereby finds and ORDERS:

(1)   Respondent's motion to clarify (Dkt. 10) is GRANTED. As noted by respondent, petitioner has yet to submit any factual or legal support for his claims. As such, petitioner shall submit a concise statement of facts and law supporting his 28 U.S.C. § 2254 habeas corpus petition within **thirty (30) days** of the date of this Order.

(2)   Respondent's motion for an extension of time (Dkt. 11) is GRANTED.

01 Respondent has not yet received all of the state court files in this case, or the above-described

02 information from petitioner.  Accordingly, the Court finds respondent's request for a **sixty (60)**

03 **day** extension of time in which to file an Answer reasonable.  As previously directed (*see* Dkt. 5),

04 the briefing associated with this Answer shall follow the schedule outlined in Local Civil Rule

05 7(d)(3).

06     (3) The Clerk shall direct copies of this Order to petitioner, to counsel for respondent,

07 and to the Honorable James L. Robart.

08     DATED this 5th day of February, 2007.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION TO CLARIFY AND
MOTION TO EXTEND FILING DEADLINE
PAGE -2