UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RONALD BUZZARD, JR., | ) | CASE NO. C06-1653-JLR-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER RE: MOTION FOR STAY OF |
| | ) | PROCEEDINGS |
| DARREN SWENSON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

By Order dated February 5, 2007, the Court requested that petitioner submit a concise statement of facts and law supporting his 28 U.S.C. § 2254 habeas corpus petition. (Dkt. 14.) Petitioner submitted a number of motions in response, including, *inter alia*, requests for discovery and for an extension of time to submit the statement of facts and law. (*See* Dkts. 16-20.) By Order dated March 6, 2007, the Court denied petitioner's request for discovery, but granted him an additional thirty days to submit the previously requested statement. (Dkt. 21.)

Petitioner filed a motion seeking reconsideration of the Order denying his request for discovery, which United States District Judge James L. Robart denied. (Dkts. 23 & 25.) He thereafter sought permission to file an interlocutory appeal and concurrently sought a stay of these

ORDER RE: MOTION FOR STAY OF PROCEEDINGS
PAGE -1

01 proceedings pending resolution of his appeal. (Dkts. 28 & 29.)

02 Judge Robart recently denied petitioner's motion for permission to file an interlocutory 03 appeal. (Dkt. 33.) Accordingly, petitioner's associated motion for a stay (Dkt. 28) is hereby 04 STRICKEN as moot. However, because petitioner has yet to submit a statement of facts and law 05 supporting his § 2254 petition, the Court will allow him one final opportunity to submit the 06 necessary information. Petitioner shall submit a concise statement of facts and law supporting his 07 § 2254 petition within **thirty (30) days** of the date of this Order. **The Court notes that this is** 08 **the third request made for this statement (*see* Dkts. 14 & 21) and that no further extensions** 09 **will be granted. Plaintiff's failure to comply with this Order may result in dismissal of this** 10 **action.**

11 The Clerk shall direct copies of this Order to petitioner, to counsel for respondent, and to 12 the Honorable James L. Robart.

13 DATED this 3rd day of May, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION FOR STAY OF PROCEEDINGS
PAGE -2