UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RONALD BUZZARD, JR., | ) | CASE NO. C06-1653-JLR-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER RE: RESPONSE |
| | ) | TO AMENDED PETITION |
| DARREN SWENSON, | ) | |
| Respondent. | ) | |

Respondent seeks dismissal of petitioner's amended habeas petition as untimely filed. (Dkt. 41.) Respondent asserts that, pursuant to this Court's May 3, 2007 Order (Dkt. 34), petitioner's amended petition was due for filing by June 4, 2007. Respondent avers that, although signed on June 6, 2007 (*see* Dkt. 37), petitioner did not put his amended petition in the prison mail system until June 13, 2007. He argues that petitioner, therefore, untimely submitted his amended pleading nine days after the June 4, 2007 deadline. *See Houston v. Lack*, 487 U.S. 266, 270-71 (1988) (notice of appeal deemed filed on the day that it was signed and delivered to prison authorities for mailing to the court).

ORDER RE: RESPONSE
TO AMENDED PETITION
PAGE -1

01   In support of the contention that petitioner filed his amended petition nine days after the

02 June 4, 2007 deadline, respondent attaches a handwritten document with a June 13, 2007 date

03 stamp reflecting that petitioner mailed something to this Court and counsel for respondent on that

04 date.  (*See* Dkt. 41, Ex. 1.)  Respondent contends that this document is the "Prison Mail Log" (*id.*

05 at 3) establishing when petitioner gave his amended petition to prison authorities for mailing.  Yet,

06 respondent fails to provide an affidavit or any other documentation supporting this contention.

07 Without such additional support, the Court finds itself unable to determine when petitioner gave

08 his amended petition to prison authorities for mailing.  *See*, *e.g.*, *Caldwell v. Amend*, 30 F.3d

09 1199, 1202-03 (9th Cir. 1994) (where the prisoner submits an affidavit as to the date the

10 documents were submitted to prison authorities, the burden "shifts to the opposing party . . . [to]

11 produc[e] evidence in support of a contrary factual finding.")

12   Accordingly, the Court hereby ORDERS:

13   (1)   Respondent shall provide one or more affidavits and any other relevant

14 documentation supporting its contention as to when petitioner delivered his amended petition to

15 prison authorities for filing.  Respondent shall submit the requested affidavit(s) and documentation

16 on or before **August 27, 2007** and the Court hereby renotes all pending motions in this case for

17 consideration as of that same date.

18   (2)   The Clerk shall direct copies of this Order to petitioner, to counsel for respondent,

19 and to the Honorable James L. Robart.

20   DATED this 6th day of August, 2007.

                                                                            Mary Alice Theiler
                                                                            United States Magistrate Judge

ORDER RE: RESPONSE
TO AMENDED PETITION
PAGE -2