```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

NOV 16 2007

    AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
BY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD BUZZARD, JR., | CASE NO. C06-1653-JLR-MAT |
| Petitioner, | |
| v. | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS AND STRIKING PETITIONER'S PENDING MOTIONS AS MOOT |
| DARREN SWENSON, | |
| Respondent. | |

The Court, having reviewed respondent's motion to dismiss (Dkt. 41), petitioner's pending motions (Dkts. 38, 39, 46 & 48), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss is GRANTED and this case is DISMISSED without prejudice;

(3) Petitioner's pending motions are STRICKEN AS MOOT; and,

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 16th day of November, 2007.

_____
James L. Robart
United States District Judge

06-CV-01653-ORD

ORDER
PAGE -1